UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Beverly Brown,

    Plaintiff,

v.                                                  **ORDER**
                                                    Civil No. 12-3156 (MJD/TNL)

Metropolitan Council,

    Defendant.

_____

    Stephen L. Smith and Sellano L. Simmons, The Law Firm of Stephen L. Smith, PLLC, Counsel for Plaintiff.

    Paul D. Reuvers and Susan M. Tindal, Iverson Reuvers Condon, Counsel for Defendant.

_____

    This matter is before the Court on Defendant Metropolitan Council's motion for summary judgment.

    Based on the submissions of the parties and arguments of counsel, the Court finds that Plaintiff has demonstrated the existence of genuine issues of material fact on the issue of pretext.  Accordingly,

IT IS HEREBY ORDERED that Defendant Metropolitan Council's Motion for Summary Judgment [Doc. No. 16] is DENIED.

Date: August 21, 2014

          s/ Michael J. Davis
          Michael J. Davis
          Chief Judge
          United States District Court

Civil No. 12-3156